IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MERCK & CO., INC., and
MSD TECHNOLOGY, L.P.

Plaintiffs,

v.

MEDCENTER CANADA INC., d/b/a
MEDCENTERCANADA.COM,

Defendant.

Civil Action No.

05 CV 3700 (DC)

ECF CASE – Electronically Filed

**ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS BETWEEN MERCK & CO., INC. AND MSD TECHNOLOGY, L.P. AND MEDCENTERCANADA INC. D/B/A MEDCENTERCANADA.COM**

Pursuant to the Parties' Stipulation and good cause appearing therefore, it is hereby ordered that Plaintiffs MERCK & CO., INC. and MSD TECHNOLOGY, L.P.'s (collectively "Merck") claims against Defendant MEDCENTER CANADA INC. d/b/a MEDCENTERCANADA.COM ("MedCenter") and MedCenter's counterclaims against Merck in the above referenced action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

THE HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE

Date: 9/20/06

CUIN, 5.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCK & CO., INC., and MSD TECHNOLOGY, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>MEDCENTER CANADA, INC. d/b/a Medcentercanada.com,<br><br>Defendant. | Civil Action No.<br><br>05 CV 3700 (DC)<br><br>ECF CASE – Electronically Filed<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL OF CLAIMS BETWEEN MERCK & CO., INC. AND MSD TECHNOLOGY, L.P. AND MEDCENTER CANADA INC.**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs MERCK & CO., INC. and MSD TECHNOLOGY, L.P. (collectively "Merck") and Defendant MEDCENTER CANADA, INC., ("MedCenter") by their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Merck's claims against MedCenter and MedCenter's counterclaims against Merck in the above referenced action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By: [signature]
Dated: September 18, 2006

Robert L. Baechtold, Esq. (RB6866)
Pasquale A. Razzano, Esq. (PR7340)
Nina Shreve, Esq. (NS4731)
Peter Shapiro, Esq. (PS8180)
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
Phone: (212) 218-2100
Fax: (212) 218-2200

*Attorneys for Plaintiffs*

By: [signature]
Dated: Sept 18, 2006

Steven Lieberman, Esq.
Minaksi Bhatt, Esq.
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
1425 K Street, N.W
Suite 800
Washington, D.C. 20005
Phone: (202) 783-6040
Fax: (202) 783-6031

*Attorneys for Defendant*